UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TALIA S. NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21 CV 32 CDP |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

After considering plaintiff's opposition to the defendant's motion to reverse and remand, I nevertheless conclude that granting the motion is appropriate, for the reasons stated by defendant. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [22] is granted, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded for further proceedings.

A separate Judgment is entered herewith.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of December, 2021.

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration.  She is substituted for former Commissioner Andrew Saul as defendant in this action.  *See* Fed. R . Civ. P. 25(d).